```
                    FILED ____ LODGED
               ____ RECEIVED ____ COPY

                      JAN 0 6 2023

               CLERK U S DISTRICT COURT
                 DISTRICT OF ARIZONA
               BY_____ DEPUTY
```

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

MULTI DISTRICT LITIGATION

| | |
|---|---|
| JUSTIN ROBERT ALLEN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FMR LLC; FMRI, LLC; A REGISTERED INVESTMENT ADVISOR, CT CORPORATION SYSTEM; FIDELITY DISTRIBUTORS COMPANY LLC; FIDELITY BROKERAGE SERVICES LLC, 1-777 UNKNOWN REGISTERED INVESTMENT ADVISORS, ET AL<br><br>　　　　Defendant<br><br>see Attached | Case No.: **CV23-00031-PHX-SMM**<br><br>COMPLAINT FOR THE CONVERSION OF PROPERTY<br>USC 28 1332; DIVERSITY OF CITIZENSHIP<br>18 U.S.C. § 471 - FORGERY<br>18 USC 1028 – FRAUD OF IDENTIFICATION<br>41 USC 6503: BREACH OR VIOLATION OF REQUIRED CONTRACT<br>29 U.S. CODE § 1109 BREACH OF FIDUCIARY RESPONSIBILITY 17 CFR § 240.15C1-2 - FRAUD AND MISREPRESENTATION. (SEC. 2, 52 STAT. 1075; 15 U.S.C. 78O)<br>17 CFR § 240.10B-3 - EMPLOYMENT OF MANIPULATIVE AND DECEPTIVE DEVICES BY BROKERS OR DEALERS.<br>VIOLATIONS OF 42 U.S. CODE § 423<br>THE BANK SECRECY ACT 31 USC 5311 – MONEY LAUNDERING<br>FOREIGN CORRUPT PRACTICES ACT - ACT OF 1977, AS AMENDED, 15 U.S.C. §§ 78DD-1, ET SEQ. ("FCPA"), 15 U.S.C. § 78M (ACCOUNTING PROVISIONS)<br>18 U.S. CODE § 641 - PUBLIC MONEY, PROPERTY OR RECORDS- TAX FREE MUNICIPAL BONDS SARBANES OXLEY ACT AND THE FRANK DODD ACT THAT WAS SUSSPOSED TO REFORM WALL STREET. |

<u>USC 28 1332; DIVERSITY OF CITIZENSHIP</u>

PARTIES

<u>PLAINTIFF</u>

JUSTIN ROBERT ALLEN

2506 W DUNLAP AVE 261

PHOENIX AZ 85021

| | |
|---|---|
| 1 | |
| 2 | NAME: FMRI, LLC |
| 3 | CARE OF: |
| 4 | DEFENDANT #1    Manager    JON C TREJO |
| 5 | DEFENDANT #2    Member    TREJO INVESTMENTS LLLP |
| 6 | DEFENDANT #3    Manager    CAMERON B TREJO |
| 7 | Incorporated and does business in the state of Arizona under real estate transactions |
| 8 | 4824 E Baseline Rd #124, MESA, AZ, 85206, Maricopa County, USA |
| 9 | • |
| 10 | DEFENDANT #4    FIDELITY MANAGEMENT & RESEARCH COMPANY LLC, |
| 11 | a registered investment advisor |
| 12 | Does business in Arizona Maricopa county and domiciled in Delaware |
| 13 | DEFENDANT #5    FMR LLC |
| 14 | 245 SUMMER STREET |
| 15 | BOSTON, MA, 02210 |
| 16 | Suffolk County, USA |
| 17 | Attention: % CORPORATE LEGAL |
| 18 | Address: 245 SUMMER STREET, MAILZONE ZW9A, BOSTON, MA, 02210, USA County: Suffolk |
| 19 | Foreign Jurisdiction Statutory Agent |
| 20 | DEFENDANT # 6   THE CORPORATION TRUST COMPANY |
| 21 | 1209 ORANGE STREET, WILMINGTON, DE 19801, USA CORPORATION TRUST CENTER |
| 22 | 1209 ORANGE STREET, WILMINGTON, DE 19801, USA New Castle COUNTY |
| 23 | |
| 24 | INTERESTED TRUSTEES MAIL TO: |
| 25 | DEFENDANT: # 7    FIDELITY INVESTMENTS 245 SUMMER STREET |
| 26 | BOSTON MA 02210 C/O |
| 27 | DEFENDANT # 8    FIDELITY GOVERNMENT MONEY MARKET FUND (SPAXX) |
| 28 | DEFENDANT # 9    FIDELITY DISTRIBUTORS CORPORATION, A BANK 245 SUMMER STREET BOSTON MA 02210 |

1  ALL TRUSTEES AND OFFICERS LISTED AS DEFENDANTS #9-777 HAVE SAME ADDRESS AS ABOVE

2  DEFENDANT #9        ABAGAIL P. JOHNSON

3  DEFENDANT #10       JENNIFER TOONLIN MCAULIFFE

4  DEFENDANT #11       ELIZEBETH S. ACTON
   DEFENDANT #12       ANN E. DUNWOODY
5  DEFENDANT #13        JOHN ENGLER
   DEFENDANT #14       ROBERT F. GARTLAND
6  DEFENDANT #16       AUTHUR E. JOHNSON
   DEFENDANT #17       MICHAEL E. KENNEALLY
7  DEFENDANT #18       MARIE L. KNOWLES
   DEFENDANT #19       MARK A. MURRAY
8  DEFENDANT #20       CRAIG S. BROWN
   DEFENDANT#21        JOHN J. BURKE III
9  DEFENDANT#22        DAVID J. CARTER
   DEFENDANT #23       JOHNATHAN DAVIS
10 DEFENDANT #24       LAUREN M. DEL PRATO
   DEFENDANT #25       COLM A. HOGAN
11 DEFENDANT #26       ROBERT W. HELM
   DEFENDANT #27       CYNTHIA LO BESSETTE
12 DEFENDANT #28       CHRIS MAHER
   DEFENDANT #29       JAMIE PAGLIOCCO
13 DEFENDANT #30       KENNETH B. ROBBINS
   DEFENDANT #40       BRETT SEGALOFF (ANTI MONEY LAUNDERING OFFICER)
14 DEFENDANT #41       STACIE M. SMITH
   DEFENDANT #42       JIM WEGMANN
15 DEFENDANT #43       RYAN JOHNSON
   DEFENDANT #44       SHAUN ROBBINS
16 DEFENDANT #45       PAUL BRADBERRY
   DEFENDANT #46       JUSTIN TYLER ALLEN
17 DEFENDANT #47       TYLER ALLEN
   DEFENDANT #48        DIANA TUMS
18 DEFENDANT# 49        MALLORY OWEN
   DEFENDANT#50        PHILLIP A. LEE
19 DEFENDANT#51        ERIC WOOTEN
   DEFENDANT#52        HOWARD SPIELBURG
20 DEFENDANTS 53-777 unknown agents working as registered investment advisors under the fidelity investments name and license
21 ALL ABOVE DEFENDANTS ARE TRUSTEES AND MANAGING MEMBERS or director agents OF THE FIDELITY MONEY MARKET FUND (FMMF) and the (SPAXX) (MPXBIOCEUTICALS) AND ALSO A
22 MEMBER OF THE CT CORPORATION TRUST COMPANY DOING BUSINESS IN ARIZONA UNDER Fidelity Investment Advisors "security service advisors LLC" "national financial services" "fidelity workplace
23 service advisors LLC" fidelity brokerage services LLC "fidelity distributors corporation" "Fidelity Personal AND Workplace Advisors LLC" 1-777 UNKNOWN CORPORATIONS AND 501(C)3 NON PROFITS "FIDELITY
24 CHARITABLE GIVING"

25
   DEFENDANT # 778 FMR ENTERPRISES, LLC
26

27
   DEFENDANT #779    FRANK J RUSSO
28

DEFENDANT #780    Margarita Russo

8544 W JENAN DR, PEORIA, AZ, 85345, Maricopa County, USA    SAME FOR SERVICE

DEFENDANT #781 "FIDELITY INVESTMENTS LIFE INSURANCE COMPANY"

8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA
County: Maricopa

Address: 901 E BYRD ST, RICHMOND, VA, 23219, USA
County: Maricopa
Last Updated:

DEFENDANT #782    JUSTIN TYLER ALLEN, A REGISTERED INVESTMENT ADVISOR WITH FIDELITY INVESTMENTS AND WELLS FARGO CLEARING SERVICES LLC

Address: 8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA

County: Maricopa

SEND COPY TO: FIDELITY INVESTMENTS

245 SUMMER STREET

BOSTON MA 02210

Address: 901 E BYRD ST, RICHMOND, VA, 23219, USA

County: Maricopa

DEFENDANT #783    WACHOVIA SECURITIES, LLC    Foreign LLC    Maricopa

8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA

County: Maricopa

Address: 901 E BYRD ST, RICHMOND, VA, 23219, USA

County: Maricopa

DEFENDANT #784    WELLS FARGO ADVISORS, LLC    Foreign LLC    Maricopa

    8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA

    County: Maricopa

    Address: 901 E BYRD ST, RICHMOND, VA, 23219, USA

    County: Maricopa

DEFENDANT #785    WELLS FARGO CLEARING SERVICES, LLC    Foreign LLC

    8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA

    County: Maricopa

    Address: 901 E BYRD ST, RICHMOND, VA, 23219, USA

    County: Maricopa

DEFENDANT #786   CORPORATION SERVICE COMPANY

Address: 8825 N 23rd Avenue, Suite 100, Phoenix, AZ, 85021, USA
County: Maricopa

Address: 901 E BYRD ST, RICHMOND, VA, 23219, USA
County: Maricopa

DEFENDANT#787    APEX CLEARING CORPORATION   Entity ID: F08987036

    Foreign For-Profit (Business) Inactive

    Formation Date:12/27/1999

    Business Type: OTHER -OUTSOURCING SERVICES-TRANSACTIONAL

    Domicile State: New YORK

    NATIONAL REGISTERED AGENTS INC

    Address:2390 E CAMELBACK RD, PHOENIX, AZ 85016, USA

Chairman of the Board of Directors

DEFENDANT #788   DANNY ROSENTHAL

DEFENDANT #789   PETER LAWLER

DEFENDANT #790   BRIAN DUGGAN

1  DEFENDANT #792   DONNA MACDONALD
2  1700 PACIFIC AVE. SUITE 1400, DALLAS, TX,
3
4  DEFENDANT #792         APEX CLEARING HOLDINGS LL
5              1700 PACIFIC AVE. SUITE 1400 ATTN: LEGAL DEPT., DALLAS, TX, 75201, USA
6              County: Maricopa
7              Entity Principal Office Address
8              Attention: Address: % NATIONAL REGISTERED AGENTS 2390 E CAMELBACK RD,
9  PHOENIX, AZ, 85016, USA
10 DEFENDANT#794   % NATIONAL REGISTERED AGENTS AS AGENTS INVOLVED IN COVID-RELIEF
11 FRAUD UNDER PLAINTIFFS' FAMILY NAME. IMPERSONATING AND LAUNDERING FUNDS
12 TRANSFERRED FROM AGENTS OF FMR LLC
13              2390 E CAMELBACK RD, PHOENIX, AZ, 85016, USA
14
15              DEFENDANT #795 UNITED STATES SECURITIES EXCHANGE COMMISION
16         DEFENDANT #796      ATTORNEY JACK MCCREDY
17         DEFENDANT #797      ATTORNEY AMY ROSENTHAL
18         DEFENDANT #798       Chair Gary Gensler 202-551-2100 Chair@sec.gov
19         DEFENDANT #799       Hester M. Peirce 202-551-5080 CommissionerPeirce@sec.gov
20         DEFENDANT #800    Caroline A. Crenshaw 202-551-5070 CommissionerCrenshaw@sec.gov
21         DENDANT #801     Mark T. Uyeda 202-551-2700 CommissionerUyeda@sec.gov
22         DEFENDANT#802     Jaime Lizárraga 202-551-2800 CommissionerLizarraga@sec.gov
23                     100 F Street, NE
24                   Washington, DC 20549'
25
26
27 DEFENDANT #803   Fraud Section, Criminal Division
28

1  U.S. Department of Justice
2  ATTN: Chief, FCPA Unit
3  950 Constitution Ave., NW
4  Washington, DC 20530
5
6
7
8  DENEDANT#804    FIDELITY DISTRIBUTORS COMPANY LLC
9  Business Type: INSTITUTIONAL MARKETING BROKER/DEALER
10 Domicile State: Delaware
11 DEFENDANT#805   MATTHEW DEPIERO
12 DEFENDANT #806  JUDY A. MARLINSKI
13
14
15
16 DEFENDANT #807   TIMOTHY MULCAHY
17 DEFENDANT #808    FIDELITY GLOBAL BROKERAGE GROUP, INC.
18 245 SUMMER STREET, BOSTON, MA, 02210, Suffolk County, USA
19 Statutory Agent Information
   C T CORPORATION SYSTEM
20 3800 NORTH CENTRAL AVENUE SUITE 460, PHOENIX, AZ 85012, USA
   245 SUMMER STREET, BOSTON, MA, 02210, Suffolk County, USA
21
22 Entity Principal Office Address
23 245 SUMMER STREET, V4C, BOSTON, MA, 02210, USA County: Suffolk Last
24 Foreign Jurisdiction Statutory Agent
25 Name: THE CORPORATION TRUST COMPANY Appointed Status: Active 3/20/2020
26 Attention: Address:1209 ORANGE STREET, WILMINGTON, DE 19801, USA NEW CASTLE COUNTY
27
28                    <u>COMPLAINT AND INFORMATION,</u>

1. PLAINTIFF, JUSTIN ROBERT ALLEN (JRA), APPEARS BEFORE THIS HONORABLE COURT TO
2. REQUEST AN EMERGENCY INJUNCTION AGAINST DEFENDANTS TO ENJOIN AND RESTRAIN THE
3. DEFENDANTS FROM CONVERSION OF ASSETS.
4. BREACH OF FIDUCIARY RESPONSIBILITY AND REQUESTS RELIEF UNDER 15 U.S. Code § 80a–35 -
5. Breach of fiduciary duty, COMPLAINT FOR THE CONVERSION OF PROPERTY USC 28 1332; DISNEY
6. DIVERSITY OF CITIZENSHIP, 18 U.S.C. § 471 – FORGERY, 18 USC 1028 – FRAUD OF IDENTIFICATION,
7. 41 USC 6503: Breach or violation of required contract, 18 U.S.C. § 1348, 18 U.S.C. § 1349, 17 CFR § 240.15c1-2 -
8. Fraud and misrepresentation.
9. 18 U.S. Code § 641 - Public money, property or records IS THE MOST IMPORTANT STATUTE PLAINTIFF
10. BRINGS SUIT TO PROTECT THE PUBLIC WELFARE, PLAINTIFFS ALLEGE A LONG RUNNING SCHEME
11. SPECIFICALLY FACILITATED MY STUFFING INVESTMENTS OBTAINED THROUGH FALSE CLAIMS
12. ON OUR STATE AND US TREASURY DEPARTMENTS. THE ILL-GOTTEN FUNDS HAVE THEN BEEN
13. MADE IN TO VARIOUS GOVERNMENT MONEY MARKET TAX FREE BONDS THROUGH A PROGRAM
14. CALLED BONDLINK.
15. PLAINTIFF LOGGED INTO HIS FIDELITY INVESTMENTS ACCOUNT IN NOVEMBER 2021 AND
16. NOTICED A MASSIVE AMMOUNT OF TAX-FREE BONDS INSURANCE ANNUITIES CORPORATE AND
17. INSTITUTIONAL BONDS AND A LONG LIST OF ADVISOR SERIES BONDS THAT WERE DATING BACK
18. YEARS FROM WHAT HE COULD TELL. THIS WAS AN AUTOESCHEATMENT CARRIED OUT BY US
19. BANK NA, WHO THE PLAINTIFF HAS FILED A SEPARATE ACTION IN THE DISTRICT OF ARIZONA CV
20. 22 -02132 AND CV 22 02134.  THIS AUTO ESCHETMENT WAS THE FIRST OF ITS KIND FROM US BANK
21. NA WHO PLAINTIFFS ALLEGE HAD THE INSIDE INFORMATION ON UNCLAIMED PROPERTY FROM
22. THE STATE OF SOUTH CAROLINA WERE THIS WAS SENT AND CLAIMED VIA A FALSE CLAIM FOR
23. THE UNCLAIMED PROPERTY AT THE DIRECTION OF BECKY MILLER AUTO ESCHEATMENT
24. ADMINISTRATOR FOR US BANK NA.
25. ARMED WITH THE INSIDE INFORMATION ON THESE ESCHEATMENTS PLAINTIFF ALLEGES A
26. CONSPIRACY AND COLLUSION WITH STATE AND LOCAL OFFICIALS IN VARIOUS STATES HAVE
27. BEEN RUNNING THIS SCHEME FOR YEARS.
28.

1. PLAINTIFF WAS ABLE TO LOG INTO HIS ACCOUNT ON FIDELITIES WEBSITE AND NOTICED THAT THE ACCOUNT ATTACHED TO HIS FIDELITY ACCOUNT WAS PROCESSING TRANSFERS BETWEEN EACH OTHER A US BANK NA ACCOUNT FROM SOUTH DAKOTA. PLAINTIFF JUSTIN ROBERT ALLEN TRIED TO PROCESS A TRADE OF 2.5 MILLION BETWEEN A NEW LEAF NON-PROFIT AT THE BOTTOM OF HIS HOLDINGS LIST AS HE BELIEVE THIS NON-PROFIT WAS STARTED BY THE PLAINTIFFS AT THE FIDELITY BILTMORE LOCATION AS A VEHICLE TO DEPRIVE HIM OF HIS PROPERTY AND ASSETS BEING RAN BY THE VERY PEOPLE BLCKING ACCESS AND CONVERTING HIS ASSETS THROUGH BRIBERY DEFENDANT AT&T, DEFENDANT T-MOBILE, DEFENDANT SPRINT, AND DEFENDANT VERIZON.

THE FACTS KNOW AT THIS POINT ARE THE PLAINTIFF RECEIVED A FEW INHERITED IRAS AND HAD FALSE CLAIMS ON UNCLAIMED PROPERTY SUBMITTED BY THE AGENTS ACTING BY FIDELITY WHO PLAINTIFF BELIEVES TO BE DEFENDANT RYAN JOHNSON WHO IS RELATED TO ABAGAIL JOHNSON AND IMPERSONATED HIM OR HAVE BEEN ALLOWED TO ACT AS HIS AGENT IN SOME WAY THROUGH FORGERY OF CARE GIVING LICENCES IN THE MARIJUANA MEDICAL INDUSTRY. See LAWSON v. FMR LLC 670 F. 3d 61, reversed and remanded.

PLAINTIFF AT NO POINT GAVE AUTHORIZATION TO THE DEFENDANTS TO CLAIM PROPERTY IN THE TREASURY DEPARTMENTS OF STATE GOVERNMENT OR THE US TREASURY. WHEN PLAINTIFF FIDELITY RESEARCH TAPPED INTO THE MUNICIPAL BOND MARKET THROUGH A COMPANY EMONEY ADVISOR LLC AND BONDLINK THEY WERE ABLE TO GET MORE DETAILED INFORMATION ON THE UNCLAIMED PROPERTY THAT PLAINTIFF BELIEVES HAS BEEN LEFT BY FAMILY AND FRIENDS THROUGH OUT THE YEARS AND BELIEVES THE FEDERAL GOVERNMENT OR STATE GOVERNMENT IN ARIZONA HAVE BEEN ACTING TO MAKE IT IMPOSSIBLE FOR SOMEONE TO LOCATE ME. RYAN JOHNSON COULD HAVE BEEN ACTING AS AGENT IN BEST INTERESTS OF PLAINTIFF OR COULD HAVE BEEN ROBBING HIM EITHER WAY THE TRUST WAS STARTED ON THE PLAINTIFFS BIRTH DATE AND ALLEDGES CONVERSION OF PROPERTY IN SECURITIES HELD AT THE VARIOUS INSTITUTIONS KNOWN ONLY TO THE SELECT GROUP OF ADVISORS AND TRUSTEES WHOSE INTERESTS AS TRUSTEES WOULD CEASE TO EXIST AND THEIR SALARIES BECAUSE THEY ARE SUPOSEDLY ACTING IN TRUST, AS IN THIS CASE BREACH OF

1  TRUST, LIES, CONVERSION, FORGERY, AND POSSIBLE MANY MORE HEINOUS ACTS AND
2  REQUIRES FEDERAL INTERVENTION PAST ARBITRATION AS ALL PLAINTIFFS ARE IN BREACH OF
3  ANY CLAIMED CONTRACT OR SIGNATURE, VOICE PRINT OR TEXT MESSEGE CONFIRMATION AS
4  THE DEFENDANTS ACTED WITH NOT ONLY DELIBERATE INDIFFERENCE TO THE PLAINTIFFS
5  WELL BEING BUT PARTICIPATED IN PREVENTING ACCESS TO PLAINTIFFS FIDELITY ACCOUNTS
6  AND HAVE GONE AS FAR AS TO STATE THEY WOULD CALL THE POLICE ON ME IF I CAME IN
7  AGAIN AND THE FAMILY OWNS THE BUSINESS AND ITS PRIVATE EQUITY. BEING THAT THE
8  PLAINTIFF IS NOT EDUCATED ON HIS INVESTMENTS AND ARE BEING HELD FROM HIM AND
9  CONVERTED WITHOUT AUTHORIZATION THE PLAINTIFF REQUESTS THAT AN EMERGENCY
10 RESTRAINING ORDER AND INJUNCTION ON FIDELITY TO ALLOW ACCESS TO PLAINTIFFS
11 ACCOUNTS:
12
13 THE FOLLOWING ACCOUNT NUMBERS HAVE BEEN STATED TO BE CLOSED HOWEVER FIDELITY
14 CALL CENTER AND STORES IN THE ARIZONA AND NEW MEXICO AREA HAVE PREVENTED ACCESS
15 AND CONVERTED FUNDS WITHOUT AUTHORIZATION.
16 ACCOUNT ENDING: # 5681 # 7855 #2481 #7632 #7429
17 BROKERAGE AND CASH MANAGEMENT ACCOUNTS WITH A CASH MANAGEMENT ACCOUNT THAT
18 HAD SOME CASH SWEEP PROGRAM THAT DEPOSITED DIVESTED FUNDS INTO CASH DEPOSITS FOR
19 ALL DEPOSITS OVER 250,000$ CASH AND I NEVER AUTHORIZED THIS AS IT ALLOWED THE BANKS
20 CONNECTED TO USE THESE CASH DEPOSITS AS PERSONAL SLUSH FUNDS WHILE MY FAMILY BE
21 VICTIMIZED RETALIATED FOR REPORTING THESE PEOPLE.
22
23 PROGRAM BANKS INCLUDE:
24 JP MORGAN CHASE BANK NA
25 SANTANDER BANK NA
26 MORGAN STANLEY BANK NA - UNAVAILABLE
27 MORGAN STANLEY PRIVATE BANK NA – UNAVAILABLE
28 FIFTH THIRD BANK

1. TRUIST BANK NA
2. UNION BANK NA – UNAVAILABLE
3. WELLS FARGO – UNAVAILABLE
4. ASSOCIATED BANK NA – UNAVAILABLE
5. CIBC BANK NA – UNAVAILABLE
6. THE BANK OF NEW YORK MELLON  (PLAINTIFF HAS PROPERTY WITH THE CALIFORNIA STATE CONTROLLER BETTY YEE THAT IS CURRENTLY THERE BECAUSE OF THESE DEFENDANTS SENDING DIVIDENDS AND BONDS TO WRONG ADDRESSES )
7. US BANK
8. GOLDMAN SACHS BANK USA
9. PEOPLES UNITED BANK - UNAVAILABLE
10. BANK OF OKLAHOMACITIZENS BANK NA
11. PACIFIC WESTERN BANK
12. HSBC BANK USA
13. STERLING NATIONAL BANK
14. UMB BANK NA
15. FULTON BANK NA – UNAVAILABLE
16. DISCOVER BANK
17. FIRST HORIZON BANK- UNAVAILABLE
18. LEADER BANK NA

PLAINTIFF HAS ALSO BEEN VICTIMIZED BY THESE PLAINTIFFS IN IMPERSONATING HIM THROUGH REGISTERED INVESTMENT ADVISORS WHO GET LEGAL NAME CHANGES TO CLAIM ILL GOTTEN PROCEEDS AND LAUNDER THEM THROUGH SYNTHETIC IDENTITIES OR SHELL CORPORATIONS SET UP IN THE PLAINTIFFS NAME CREATING DUPLICATED 401K 403B 459A ACCOUNTS THAT WHEN PLAINTIFF LOGGED IN AROUND TAX TIME IN DECEMBER AND SUBSEQUENTLY BLOCKED FROM ACCESS PLAINTIFF HAS A DETAILED LIST OF THE EXACT HOLDINGS CUSIP NUMBERS AND THIS ALL ADDS UP TO A CALCULATED BREACH OF FIDUCIARY

REPONSIBILITY, MASSIVE CONVERSION OF PROPERTY AND LOST BOND CALLS BECAUSE THE SAID DEFENDANTS PREVENTED ACCESS AND SUBSEQUENTLY TOLD PLAINTIFF DURING A DECEMBER 2021 PHONE CALL HE NEEDED TO SUBMIT A LETTER OF DISPUTE TO FIDELITY INVESTMENTS AND HE RECEIVED A 1 LINE RESPONSE FROM SIR SCOTT MALAN OF FIDELITIES RISK MANAGEMENT STATING THEY CAN TERMINATE SERVICE TO ANYONE ANYTIME.

FURTHER PLAINTIFFS STATED THEY WERE CLOSING HIS ACCOUNT AND MAILING ALL HOLDINGS TO LAST KNOWN ADDRESS. THEY MAILED BONDS AND CHECKS THAT TOTALED IN EXCESS OF 500,000,000,000$ TO ADDRESSES THAT HAVE BEEN USED BY IMPERSONATORS OF JUSTIN ALLEN INCLUDING RAPERS, MUSICIAFNS, SPORTS PLAYERS, GOVERNMENT OFFICIALS ALL WORKING UNDER DEFENDANTS SOCIAL SECURITY NUMBER FOR YEARS AND USING HIS BROKERAGE ACCOUNTS AT FIDELITY TO FACILITATE THIS AND WHEN A REMOTE WORKER ON THE FIDELITY WORKPLACE SERVICES SIDE OF THINGS SEEN WHAT THE COMPANY WAS DOING THEY STUFFED ALL OF THE ASSETS THAT WERE RIGHTFULLY MINE IN MY PORTFOLLIO SO HE COULD UNDERSTAND THE LEVEL OF FRAUD AND HE THEN LOCKED THE THE ACCOUNT MANAGERS FROM ACCESS AND IT IS STILL LOCKED IN OUR STATE TREASURIES AND US GOVERNMENT SECURITIES AND BONDS T-BILLS.

THIS HAS CREATED SEVERE PROBLEM OF GANGSTALKING AND TARGETTING BY GOVERNMENT OFFICIALS AND CORPORATIONS WITH THE POWER TO DESTROY A SIMPLE PERSON, THE FACTS THAT THESE HIGH-LEVEL INDIVIDUALS WHO HAVE GOTTEN TO THE POINTS IN THEIR CAREERS DUE TO FRAUD AND DECEPTION USING PLAINTIFFS TRUE NAME AND DEFRAUDING HIM AND USING THOSE ILL-GOTTEN PROCEEDS TO THEN TARGET HIM AND PREVENTING THESE TRUTHS FROM COMING OUT HAS CAUSED GREAT PAIN AND SUFFERING.  TO FACILITATE PORTFOLLIO RECOVERY EXPERTS WERE IENLISTED TO RECOVERY ILL GOTTEN PROCEEDS THAT HAVE BEEN LOCKED IN THE STATE TREASURY DUE TO FIDELITIES MAILING OF THE FUNDS TO VARIOUS TREASURIES. DEFENDANTS HAVE TURNED THEIR WHOLE BUSINESS MODEL INTO RECOVERY OF THE LOST ASSETS AND RETURNING THEM TO THE VERY PEOPLE WHO DEFRAUDED THE

PLAINTIFF IN THE FIRST PLACE AT THE COST OF HIS FAMILY AND FREEDOMS AND IDENTITY. THESE VIOLATIONS OF FEDERAL LAW ARE SO NUMEROUS AND HEINOUS THAT PLAINTIFF FEELS HIS CONSTITUTIONAL RIGHTS HAVE BEEN INFRINGED UPON AS THE GOVERNMENT DESIGNED TO SERVE THE PEOPLE IS USING THAT POWER TO RECOVERY ILL GOTTEN ASSETS AND DEPRIVING THE PLAINTIFF OF HIS RIGHTS.

FURTHER EVIDENCED IS FIDELITY WORKPLACE SERVICES DOES BUSINESS WITH VARIOUS GOVERNMENT 401K 403B 459A PLANS THAT POLICE AND JUDICIAL OFFICERS HAVE SET UP IN USING PLAINTIFFS TRUE NAME AND SOCIAL SECURITY NUMBER.
IN THE FIRST WEEK OF JANUARY 2022 PLAINTIFF HANDDELIVERED AN DISPUTE LETTER STATING HE DEMANDED ACCESS TO HIS ACCOUNT AND HAS BEEN DEFRAUDED,
THE RESPONSE WAS ONE LINE THAT SCOTT MALAN AKA SCOTT HESS DECIDED TO LOCK MY ACCOUNT AND DEPRIVE THE PLAINTIFF HIS ASSETS AND MAIL HIGH VALUE DOCUMENTS INCLUDING CHECKS AND BONDS TO UNKNOWN ADDRESSES AND THE PLAINTIFF JUSTIN ALLEN SPECIFFCALLY TOLD THE BROKERS TO NOT MAIL ANYTHING AND WOULD MEET TO PICK UP IN PERSON AS HE EXPLAINED HIS MAIL WAS BEING TAMPERED WITH DUE TO THIS MASSIVE SCHEME. FIDELITY INVESTMENT ADVISORS AT BILTMORE THEN COLLUDED WITH BERKSHIRE HATHAWAY AUTOMOTOVE, AN AUTO CONSULTANT FIRM TO USE A BOND AS SECURITY TO BACK A DEALERSHIP THAT THEY COULD USE TO CLONE IDENTITIES OF UNSUSPECTING PEOPLE INCLUDING MYSELF. THEY CLONED OUR CARS AND SENT THEM TO ALL THE KNOWN PLACES OF ADDRESSES THESE WERE SENT TO TO IMPERSONATE AND RECOVER THESE ASSETS. THIS IS ALL DONE WITH INSIDE INFORMATION AND IS IN VIOLATION OF THE US SECURITIES ACT AND DODD FRANK ACT. PLAINTIFF IS A MERE CITIZEN WHO IS IN ESSENCE DAVID VS. GOLIATH AND OUR FEDERAL GOVERNEMENT WAS DESIGNED TO KEEP THESE TRANNICAL BEASTS AT BAY AND TO PROTECT CITIZENS WHO HAVE BEEN IN DANGER DUE TO THE INTENTIONAL DISMISSAL TO INVESTIGATE THESE CRIMES WHEN REPORTED TO THE FBI PHOENIX OFFICE.
WHEN PLAINTIFF HAND DELIVERED HIS LETTER OF DIPUTE HE WAS SENT LETTERS THAT ALL ACCOUNTS WERE CLOSED HOWEVER PLAINTIFF HAS BEEN RECEIVING NOTIFICATIONS FROM

03/01/21-01/01/23 THAT THERE ARE CHANGES IN SECURITY AND HOLDINGS INFORMATION ON HIS ACCOUNTS.

PLAINTIFF ALLEGES THAT DEFENDANTS THEN CREATED MULTIPLE DUPLICATED PROFILESOF BROKERAGE ACCOUNTS THAT THE ADVISORS AND CORPORATE ELITE AT FIDELITY CONTROLLED. AND USED AS PERSONAL SLUSH FUNDS.

PLAINTIFF BRINGS THIS COMPLAINT AS A FEDERAL CPMPLAINT AS THE DEFENDANTS ARE IN BREACH OF CONTRACT AND WORKING IN COLLUSION WITH FINRA ARBITRATORS AND AMERICAN ARBITRATION ASSOCIATION ARBITRATORS AND IS WHY ARBITRATION AND DEFENDANTS BREACH IN TRUST WARRANTS FEDERAL INTERVENTION RATHER THAN ARBITRATION. DEFENDANTS BREACHED THE CONTRACT BY CONVERSION OF PROPERTY AND FORGERY IN THE ACCOUNT AND BREACHING THAT FIDUCIARY RESPONSIBILITY TO ADVISE AS FINANCIAL ADVISORS IN A FINANCIAL ADVISOR OFFICE.

THE DEFENDANTS HAVE EMBEZZELED TAX FREE GOVERNMENT MUNICIPAL BONDS DESIGNED FOR HYDROELECTRIC POWER COMMERCIAL PAPER PRODUCTION, SEWER SYSTEMS, MUNICIPAL GOVERNMENT IN MARICOPA COUNTY, CALIFORNIA, INDIANA, UTAH, FLORIDA, AS WELL AS THE NFL, NBA, NCAA, SEC AND PGA TOUR ALSO USE FIDELITY WORKPLACE SERVICES 401K FOR RETIREMENTS OF ATHLETES WHO USE THEIR SERVICES.

THIS IS ALL EVIDENCED IN THE STATE AND US TREASURY UNCLAIMED PROPERTY RECORDS THAT AVAILABLE PUBLICLY AND THE PATTERN OF ADVISOR FRAUD IS QUITE MAGNIFICENT AND GRAND IN OUR GOVERNMENT SPECIFICALLY.

THE PLAINTIFF ALEDGES THAT TO COVER THIS UP THE ADVISORS AT THE BILTMORE LOCATION STARTED NON-PROFIT CORPORATIONS IN VARIOUS STATES AND TRANSFERRED FUNDS TO THESE CHARITIES THROUGH FIDELITY CHARITABLE GIVING TO AVOID THE TAX IMPLICATIONS, KEEP STOLEN FUNDS IN PRIVATE EQUITY THAT'S SHIELDED IN SECRECY AND DEPRIVE PLAINTIFFS OF A TRUSTS IN HIS TRUE NAME.

PLAINTIFF REQUESTS MONATARY FDAMAGES FOR LOSSES IN THE CONVERSION OF HIS PROPERTY IN THE AMOUNT OF $999,999,999,999.99 AND FURTHER REQUESTS $998,000,000,000.00 BE SET INTO TRUST FOR GOVERNMENT ACCOUNTABILITY PROGRAMS AND NEW AFFORDABLE

1. HOUSING PROGRAMS THAT HELP HOMEOWNERSHIP AND DO NOT CONTRIBUTE TO ANY
2. DEVELOPMENT OF MUTI-FAMILY HOUSING PROJECTS. ONLY HOMEOWNERSHIP AND POLICE
3. ACCOUNTABILITY PROGRAMS, AS WELL AS ACCOUNTABILITY FORCE FOR OUR VULNERABLE
4. POPULATIONS SUCH AS CHILDREN AND THE ELDERLY, AND THOSE AFFECTED BY THE WAR ON
5. DRUGS TO GET INTO AFFORDABLE HOUSING AND GET TRANSPORTATION BECAUSE THESE ARE 2
6. THINGS THAT ALLOW PEOPLE TO ACTUALLY BEGIN LIVING THEIR LIVES AND BULDING A LIFE.

9. RESPECTFULLY SUBMITTED THIS 6ᵀᴴ DAY OF JANUARY 2023 BY JUSTIN ROBERT ALLEN
10. IN THE SANDRA DAY O CONNOR DISTRICT OF ARIZONA COURT HOUSE.

1-6-23

_____
Attorney Name